No. 01–9231. MARBLY v. DEPARTMENT OF THE TREASURY ET AL. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01A930. RODRIGUEZ v. HAZBUN ESCAF. D. C. E. D. Va. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–2315. IN RE DISCIPLINE OF REEKS. Thomas Eugene Reeks, of Tucson, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2316. IN RE DISCIPLINE OF MARSHALL. Douglas M. Marshall, of Grand Forks, N. D., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.